## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| CITY LINE BEHAVIORAL HEALTHCARE, LLC., | : | Case No. 19-12493(AMC) |
| | : | |
| Debtor. | : | Hon. Ashely M. Chan, U.S.B.J |
| | : | |
| ANDREA DOBIN, Successor Chapter 7 Trustee of the Estate of CITY LINE BEHAVIORAL HEALTHCARE, LLC, | : | Adv. Pro. No. 21-00033 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FIRST CLEARING CORP., | : | |
| | : | |
| Defendant. | : | |

**ORDER DENYING THE AMENDED MOTION OF ANDREA DOBIN, SUCCESSOR CHAPTER 7 TRUSTEE, TO VACATE THE JUNE 8, 2022 DEFAULT JUDGMENT AGAINST DEFENDANT FIRST CLEARING CORP., TO AUTHORIZE THE FILING OF AN AMENDED COMPLAINT, TO SUBSTITUE PARTY AND AMEND THE CAPTION**

UPON the Amended Motion of Andrea Dobin, the successor Chapter 7 Trustee serving in the bankruptcy estate of City Line Behavioral Healthcare, LLC, (the "**Successor Trustee**"), seeking the entry of an Order to Vacate the June 8, 2022 Default Judgment against Defendant First Clearing Corp. ("**Defendant**"), Authorizing the Filing of an Amended Complaint, Substitute Party and Amend the Caption; and the Court having reviewed the Amended Motion and supporting

1

documents, and finding the facts and circumstances in favor of the granting thereof, it is hereby

**ORDERED** as follows:

1. The Amended Motion is **DENIED** for the reasons stated on the record.

Date: June 12, 2025

_____
Ashely M. Chan, United States
Bankruptcy Judge

4902-2286-8026, v. 1